**From:** Daina J. Nathanson <DNathanson@dwmlaw.com>
**Sent:** Friday, April 17, 2020 3:11 PM
**To:** 'jtemple13@yahoo.com' <jtemple13@yahoo.com>; 'jtemple@bmtrailer.com' <jtemple@bmtrailer.com>
**Cc:** 'info@bmtrailer.com' <info@bmtrailer.com>; 'nsnyder@bmtrailer.com' <nsnyder@bmtrailer.com>; 'Don Embrey' <DEmbrey@alcomusa.com>
**Subject:** Violation by James Temple of Alcom Non-Competition, Non-Solicitation and Non-Use/Non-Disclosure of Confidential Information

Dear Messrs. Temple and Snyder,

Attached please find a letter sent on behalf of Alcom, LLC regarding Mr. Temple's violation of various non-competition, non-solicitation and non-use and non-disclosure of confidential information covenants.

Regards,

Daina J. Nathanson


**Daina J. Nathanson**
Attorney

207.772.1941 ext. 508
DNathanson@dwmlaw.com

84 Marginal Way, Suite 600, Portland, ME 04101-2480
800.727.1941 | 207.772.3627 Fax | **dwmlaw.com**



The information transmitted herein is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material.  Unintended transmission shall not constitute waiver of any privilege, including, without limitation, the attorney-client privilege if applicable.  Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited.  If you received this in error, please contact the sender and delete the e-mail and any attachments from any computer.

---

This email has been scanned for spam and viruses by Proofpoint Essentials. Click here to report this email as spam.



**Daina J. Nathanson**  207.253.0508
Admitted in ME, NH   dnathanson@dwmlaw.com

84 Marginal Way, Suite 600
Portland, Maine 04101-2480
207.772.1941  Main
207.772.3627  Fax

April 17, 2020

Sent via email and U.S. Mail

jtemple13@yahoo.com
James Temple
121 Kendra Drive
Liberty Hill, TX 78642

jtemple@bmtrailer.com
James Temple
Director of Sales and Marketing
Black Mountain Trailer, LLC
6109 Dean Martin Drive
Las Vegas, NV 89118

      RE:   Violation of Non-Competition, Non-Solicitation and Non-
             Use of Confidential Information Provisions

Dear Mr. Temple:

This firm represents Alcom, LLC ("Alcom") in connection with its various business and employment matters. We have no information as to whether or not you are represented by an attorney.  In the event that you have engaged counsel, kindly immediately forward this to your counsel's attention.

It has recently come to our attention that you are currently engaging in business activities that are competitive with Alcom, in direct violation of your various ongoing covenants and restrictions set forth in your Employment Agreement with Alcom dated April 14, 2015 (the "Employment Agreement").  Such business activities also violate the non-solicitation and non-disclosure covenants of the Employment Agreement, as well as several provisions of the Alcom Company Policy Manual (the "Policy Manual") which you agreed to abide by as a condition of your employment with Alcom.

The  Employment Agreement plainly states in Articles II  the following (emphasis added):

> "II.  <u>Restrictive Covenants.</u> In order to preserve the confidentiality of the Confidential Information, to prevent the theft or misuse of the Confidential Information, to protect the Company's customer relationships, with both its potential and existing customers, to protect its customer goodwill, and to protect the Company from improper or unfair competition, I agree that during my employment **and for a period of twenty-four (24) months from the date my**

April 17, 2020
Page 2

> **employment terminates**, for any reason, whether such termination is voluntary or involuntary, I will not directly or indirectly:
>
> a. Non-Competition. Participate in the ownership or control of, act as an employee, agent, or contractor of, or directly or indirectly engage in or render services to or on behalf of any person or entity that conducts business in North America and is competitive with the Company.
>
> Notwithstanding anything to the contrary contained in this Agreement, the Company agrees that I may own up to two percent (2%) of the outstanding shares of the capital stock of a company whose securities are registered under Section 12 of the Securities Exchange Act of 1932.
>
> b. Non-solicitation of Employees. Employ, offer to employ, solicit or recruit any employee of the company.
>
> c. Non-solicitation of Customers. Solicit, attempt to solicit, or accept work of any kind, either on my own or as an employee, employer, consultant, agent, principal, partner, shareholder, or in any other individual or representative capacity, from any customer or customer-referral source for the Company with whom I had contact during my employment. For the purpose of this Section II(c), "customer" shall mean any person, business, or entity (i) to whom the Company has provided products or services within the one (1)-year period preceding the termination of my employment, or (ii) from whom I know the Company is actively soliciting business with the one (1)-year period preceding the termination of my Employment."

The Policy Manual plainly states the following (emphasis added):

"Non-Disclosure

The protection of confidential information and trade secrets are vital to the interests and the success of ALCOM. Such confidential information includes but is not limited to, the following examples:

- Employee lists
- Employee information
- Compensation data
- **Customer lists**
- **Customer information**
- Financial information
- Contracts detailing fees and services
- Business and or marketing strategies
- New materials research
- Pending projects and proposals
- Proprietary production processes
- Research and development strategies

April 17, 2020
Page 3

      ·      Technological data and/or prototypes

Any employee who improperly uses or discloses trade secrets or confidential business information will be subject to disciplinary action, up to and including termination of employment and legal action, even if he or she does not actually benefit from the disclosed information. **This obligation continues to survive after employees terminate their employment relationship with ALCOM**. Employees shall return all confidential information in their possession upon termination of their employment and shall not keep any copies, including electronic copies of any such information. **Terminated or former employees may not solicit ALCOM, LLC customers for their own benefit, nor may they solicit ALCOM, LLC employees."**

Contrary to your promises and obligations under the Employment Agreement, you are now serving, and have served since April 9, 2020 according to your personal Facebook page, as the Director of Sales and Marketing of Black Mountain Trailer LLC ("Black Mountain").  As the seller of various horse trailers and related products, Black Mountain is clearly in competition with Alcom.  As such, your employment with Black Mountain commencing a mere two weeks after the expiration of your employment with Alcom on March 13, 2020, and your job responsibilities pertaining to marketing and selling of horse trailers and related products, clearly violate the non-competition provisions of the Employment Agreement.

In addition, numerous customers and clients of Alcom have informed Alcom that you have solicited them via text messages, email communications and telephone calls in a direct and blatant attempt to divert business from Alcom to Black Mountain. Such actions violate the non-solicitation covenants of the Employment Agreement and the Policy Manual.  Likewise, your use of Alcom's proprietary and confidential customer contact information violates the restrictions prohibiting the disclosure and use of confidential information set forth in both the Employment Agreement and the Policy Manual.

**THEREFORE, BE ADVISED THAT ALCOM HEREBY DEMANDS THAT YOU IMMEDIATELY CEASE AND DESIST ALL OF THE ABOVE-REFERENCED ACTIVITIES OR ANY OTHER CONDUCT PROHIBITED BY THE EMPLOYMENT AGREEMENT AND THE POLICY MANUAL. IN THE EVENT THAT YOU IGNORE THIS DEMAND AND WARNING, YOU DO SO AT YOUR OWN RISK.**

Furthermore, Alcom demands that the following steps be taken immediately:

(A)    Your employment and any other similar affiliation (as a consultant, advisor, or otherwise) with Black Mountain must end.

(B)    You must provide us with a list of Alcom customers and clients that you or other representatives of Black Mountain have contacted.

(C)    You must return any and all of Alcom's confidential or proprietary information, in whatever form or format such is in, that is your possession or

April 17, 2020
Page 4

> control or the possession or control of representatives of Black Mountain, including, <u>without limitation</u>, customer lists, customer contact information, pricing and product lists, and all other documents or information, whether in paper, electronic or any other formats, that you obtained during your employment with Alcom.

Please provide us, by the close of business on Thursday, April 30, 2020, eastern standard time, with written assurances that (i) you and all representatives of Black Mountain have ceased use of Alcom's confidential information, (ii) you and representatives of Black Mountain will not use or disclose such confidential information, (iii) your employment and any other affiliation with Black Mountain in any capacity that violates the Employment Agreement and/or the Policy Manual has ceased and will not resume, and (iv) you have ceased engaging in, and will not resume engaging in, competitive activities which violate the terms of the Employment Agreement and/or the Policy Manual. Please also provide us, by close of business on April 30, 2020, with a list of Alcom clients and customers contacted by you or Black Mountain representatives, and all of Alcom's confidential and proprietary information as specified in the preceding paragraph above.

If I do not receive adequate assurances from you that the above steps have been taken, Alcom will have no choice but to file a lawsuit and pursue Alcom's rights and remedies including, without limitation, an immediate restraining order and damages.

Alcom has worked very hard over the last fourteen years to develop its relationships with customers and to attract hard-working sales employees that are loyal to the company who can cultivate these relationships. Please be advised that Alcom takes seriously the conduct in which you are engaged and fully intends to take all steps necessary to protect its business interests.

Alcom reserves all rights with respect to the foregoing breaches and any rights it may have under unfair trade practices laws and other laws. Furthermore, this letter also in no way limits Alcom's legal rights to exercise all its remedies, and all such rights and remedies are hereby expressly reserved and preserved, including, without limitation, the right to commence litigation seeking injunctive relief and monetary damages, and any and all other remedies or damages under the Employment Agreement, the Policy Manual, and applicable law.

Finally, we note that Section IV of the Employment Agreement provides as follows (emphasis added):

> "IV. <u>Duty to Disclose Agreement and to Report New Employer.</u> I acknowledge that the Company has a legitimate business purpose in the protection of its Confidential Information, customer relationships, and customer goodwill. Accordingly, I agree that **for a period of twenty-four (24) months following my termination of employment,** I will promptly and forthrightly provide any new employer with a copy of this Agreement and notify them of my

April 17, 2020
Page 5

> obligations contained here. I also will provide the Company with the identity of my new employer(s) and a description of the services being provided by me in sufficient detail to allow the Company to reasonably determine whether such activities fall within the scope of activities prohibited by the provisions of this Agreement."

Since you were obligated under the Employment Agreement to fully disclose to Black Mountain your obligations to Alcom, we are sending a copy of this letter to Black Mountain to alert the company of Alcom's intention to exercise all of its available rights and remedies against you, should that be necessary.   We hope that such additional action will not be necessary.

Very truly yours,

*[signature: Daina J. Nathanson]*

Daina J. Nathanson

cc:     info@bmtrailer.com
        Black Mountain Trailer, LLC
        6109 Dean Martin Drive
        Las Vegas, NV 89118

        nsnyder@bmtrailer.com
        Nathan Snyder,
        Manager and Registered Agent
        Black Mountain Trailer, LLC
        890 Harbor Ave
        Henderson, NV 89002